No. 5,859.—IN RE APPLICATION OF LOUIS O. JOHNSON FOR WRIT OF HABEAS CORPUS.

APPLICATION by Louis O. Johnson for writ of habeas corpus.

Decided December 15, 1925.

PER CURIAM.—The attorneys for petitioner, after the cause had been argued, filed in this court a statement that the district court of Richland county, in which complainant was convicted of the crime of manslaughter, had granted him a new trial; the question submitted for decision having

thus become moot, it is ordered that the application for writ of *habeas corpus* be dismissed.

*Mr. Wellington D. Rankin* and *Mr. L. V. Ketter,* for Complainant.

*Mr. L. A. Foot,* Attorney General, for the State.